BRIAN J. STRETCH (CABN 163973)
United States Attorney

BARBARA J. VALLIERE (DCBN 439353)
Chief, Criminal Division

JULIE D. GARCIA (CABN 288624)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-6758
    FAX: (415) 436-7234
    Julie.Garcia@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> NELSON DECUIRE, a/k/a "VADER," and PAUL ROBERT BIDINGER, <br><br> Defendants. | NO. CR 17-391-2 EMC <br><br> STIPULATION TO CONTINUE STATUS CONFERENCE AND [PROPOSED] ORDER |

## STIPULATION

The parties in the above-captioned matter are set for a status conference on November 8, 2017, at 2:30 pm. The parties now stipulate and respectfully request that, to permit the parties additional time to reach an anticipated resolution of this matter, the hearing be continued to **November 29, 2017, at 2:30 pm**. The parties do not request an exclusion of time under the Speedy Trial Act.

//

//

//

//

1     IT IS SO STIPULATED.

2 DATED: November 2, 2017                 BRIAN J. STRETCH
                                                     United States Attorney

                                                     /s/
                                                     JULIE D. GARCIA
                                                     Assistant United States Attorney

DATED: November 2, 2017

                                                     /s/
                                                    RANDOLPH E. DAAR
                                                     Counsel for Defendant
                                                     PAUL ROBERT BIDINGER

## [~~PROPOSED~~] ORDER

Based on the parties' stipulation, and good cause appearing, IT IS HEREBY ORDERED that the status conference in the above-captioned matter be continued to November 29, 2017, at 2:30 pm.

IT IS SO ORDERED.

DATED: 11/6/17

                           HON. EDWARD CHEN
                           United States District Judge

*[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA]*
*[Stamp: IT IS SO ORDERED / Judge Edward M. Chen]*